UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHRISTOPHER LEE CHRISTIAN                                                            PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:18-CV-333-DPJ-FKB

DAVID HAMPTON AND STACY
JEROME PRESSWOOD                                                                    DEFENDANTS

ORDER

This action pursuant to 42 U.S.C. §1983 is before the Court on the Report and Recommendation [61] of Magistrate Judge F. Keith Ball.

Plaintiff Christopher Lee Christian alleges that Defendants David Hampton and Stacy Jerome Presswood used excessive force against him while he was being detained at Lauderdale County Detention Facility awaiting a murder trial. Hampton and Presswood each filed a motion for summary judgment [45, 54]; Christian responded [52, 57] and each Defendant replied [56, 59]. Judge Ball recommended granting Defendants' summary-judgment motions because Christian failed to exhaust his administrative remedies before filing his complaint in this case. R&R [61] at 4. Christian did not file an objection to the R&R, and the time to do so has passed.

The Court finds the Report and Recommendation [61] should be adopted as the opinion of the Court; the complaint is dismissed with prejudice. A separate judgment will be entered in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 24th day of February, 2020.

                                             s/ *Daniel P. Jordan III*
                                             CHIEF UNITED STATES DISTRICT JUDGE